IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,            No. 08-CR-

                                     **INFORMATION**
          -vs-                       (Felony)

                                     Violation:
JEREMY J. SOCOLA,                    18 U.S.C. §2425

          Defendant.

---

### COUNT I
**The United States Attorney Charges:**

That between ~~on~~ in or about ~~May 16, 2005~~ August, and ~~January 3, 2006~~ September 2007, in the Western District of New York and elsewhere, the defendant, JEREMY J. SOCOLA, using a cellular phone, a facility and means ~~in~~ of interstate and foreign commerce, did knowingly initiate the transmission of the name of a minor he knew was less than sixteen years of age, with the intent to entice, encourage, offer, and solicit said minor to engage in sexual activity for which the defendant could be charged with a criminal offense under the laws of the State of New York, namely, a violation of one or more of the following sections of the New York State Penal Law: Section 130.45 (Criminal Sexual Act in the Second Degree); Section 130.55 (Sexual Abuse in the Third Degree).

**All in violation of Title 18, United States Code, Section 2425.**

DATED: Rochester, New York, October 6, 2008.

                              TERRANCE P. FLYNN
                              United States Attorney
                              Western District of New York

          BY:  _____
               TIFFANY H. LEE
               Assistant United States Attorney