IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       v.                                              08-CR-6208(DGL)

JEREMY J. SOCOLA,
            Defendant.

**STATEMENT OF THE GOVERNMENT WITH RESPECT
TO SENTENCING FACTORS**

    **PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

    Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves the Court to apply the additional one

(1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).

    DATED:    Rochester, New York
                 May 12, 2009.

                                      Respectfully submitted,

                                      KATHLEEN M. MEHLTRETTER
                                      ACTING UNITED STATES ATTORNEY

                           BY:   <u>s/Tiffany H. Lee</u>
                                TIFFANY H. LEE
                                Assistant U.S. Attorney
                                WESTERN DISTRICT OF NEW YORK
                                100 State Street
                                Rochester, New York  14614
                                (585) 263-6760, ext. 2251
                                Tiffany.Lee@usdoj.gov

TO:  Robert G. Smith, Esq.

     United States Probation Department
     Attn:  David B. Spogen
           U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                       08-CR-6208 (DGL)

JEREMY J. SOCOLA,
          Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2009, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant(s) on this case:

      Robert G. Smith, Esq.

                                      s/Patricia Reis
                                      Patricia Reis